■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT E. SOLOMON, Appellant. — Judgment of the County Court, Nassau County (Santagata, J.), rendered March 5, 1982, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Mangano, Gibbons and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAGOBERTO VEGA, Appellant. — Appeal by defendant from two resentences of the Supreme Court, Kings County (Beldock, J.), both rendered March 7, 1980, upon his conviction of two counts of criminal sale of a controlled substance in the third degree, upon pleas of guilty, the resentences being two concurrent indeterminate terms of imprisonment of from five to fifteen years. Resentences affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application to withdraw as counsel is granted (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf. *People v Gonzalez*, 47 NY2d 606). Titone, J. P., Mangano, Gibbons and Weinstein, JJ., concur.

■ In the Matter of JESSE COHEN, Also Known as JULIUS JESSE COHEN, a Disbarred Attorney. — The petitioner, Jesse Cohen, a disbarred attorney who has made application for reinstatement to the Bar as an attorney and counselor at law, and this court by order dated January 27, 1983 granted the application on condition that petitioner complete a Bar Review course, has filed satisfactory proof of having completed said Bar Review course; therefore petitioner Jesse Cohen is hereby reinstated as an attorney and counselor at law and the clerk of this court is directed to restore his name to the roll of attorneys and counselors at law, forthwith. Mollen, P. J., Damiani, Titone, Laser and Brown, JJ., concur.

## (February 28, 1983)

■ FRANK R. BARBARITA, Appellant, v GANNETT COMPANY, INC., et al., Respondents. — Order and judgment (one paper) of the Supreme Court, Putnam County, dated December 9, 1981, affirmed, with costs, for the reasons stated in the memorandum decision of Justice Dickinson. Brown, J. P., Niehoff, Rubin and Boyers, JJ., concur.